IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 4630 ROBIN LANE, NOLENSVILLE, TENNESSEE | No. 19-mj-2230 |

**UNITED STATES' MOTION TO UNSEAL**

The United States of America, by its attorneys Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Amanda J. Klopf, Assistant United States Attorney, requests that this Court unseal all the documents filed in this case.

In September of 2019, Magistrate Judge Frensley was presented with an affidavit in support of an application seeking a warrant. Judge Frensley granted the application and issued a warrant in this case. Those documents were sealed at the time of their execution because they related to an ongoing investigation. The targets have been indicted and the United States wants to disclose the affidavit and warrant in discovery.

>Respectfully submitted,
>DONALD Q. COCHRAN
>UNITED STATES ATTORNEY
>
>By: /s/ *Amanda J. Klopf*
>Amanda J. Klopf
>Assistant United States Attorney
>110 9th Avenue South - Suite A-961
>Nashville, Tennessee 37203
>Telephone: (615) 736-5151